MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: randall.luskey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>IRVING SILVA, )<br>)<br>    Defendant. )<br>_____ ) | No. CR 11-00468 EMC<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM AUGUST 31, 2011 TO OCTOBER 19, 2011 |

      The defendant, Irving Silva, represented by George Boisseau, Esquire, and the government, represented by Randy S. Luskey, Assistant United States Attorney, appeared before the Court on August 31, 2011 for a status hearing. The parties represented that defense counsel had recently been provided discovery and was in the process of reviewing that discovery.

      The Court set a further status hearing on October 19, 2011 at 2:30 p.m. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between August 31, 2011 and October 19, 2011 because he needed that time to review the discovery and to conduct necessary investigation. The government stated it had no objection to excluding time.

      Based upon the representation of counsel and for good cause shown, the Court finds that

failing to exclude the time between August 31, 2011 and October 19, 2011 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 31, 2011 and October 19, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between August 31, 2011 and October 19, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 10/26/11

Hon. Edward M. Chen

IT IS SO ORDERED

Judge Edward M. Chen

ORDER EXLUDING TIME
Case No. CR 11-00468                              -2-