MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: randall.luskey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00468 EMC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 19, 2011 TO NOVEMBER 23, 2011 |
| IRVING SILVA, | |
| Defendant. | |

     The defendant, Irving Silva, represented by Dena Meierhenry, Esquire, and the government, represented by Lowell Powell, Special Assistant United States Attorney, appeared before the Court on October 19, 2011 for a status hearing. The parties represented that defense counsel was in the process of reviewing discovery and preparing to file a motion to suppress evidence on November 23, 2011.

     The Court set a briefing schedule on the defendant's motion to suppress and status hearing on December 14, 2011 at 2:30 p.m. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between October 19, 2011 and November 23, 2011 because she needed the remaining period of time to review the discovery and to conduct necessary

investigation. The government stated it had no objection to excluding time.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 19, 2011 and November 23, 2011 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 19, 2011 and November 23, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between October 19, 2011 and November 23, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 10/26/11 _____
Hon.
United

*IT IS SO ORDERED*
*Judge Edward M. Chen*