MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11-0468 EMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM DECEMBER 14, 2011 TO JANUARY 18, 2012 |
| IRVING SILVA, | |
| Defendant. | |

On December 14, 2011, the parties in this case appeared before the Honorable Edward M. Chen for a status hearing. At that time, the parties stipulated that time should be excluded from December 14, 2011 to January 18, 2012 for effective preparation of defense counsel and for continuity of counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

//

//

//

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: December 19, 2011         /s/
        RANDY S. LUSKEY
        Assistant United States Attorney

DATED: December 19, 2011         /s/
        GEORGE BOISSEAU
        Attorney for Irving Silva

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from December 14, 2011 to January 18, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 12/29/11

IT IS SO ORDERED
Judge Edward M. Chen

THE HON
United States